**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| GRETA DEANS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 2:24-cv-03021-SHL-tmp |
| THERMO FISHER SCIENTIFIC, INC., | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING IN PART AND DENYING IN PART
UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUE TRIAL**

Before the Court is Plaintiff Greta Deans' Unopposed Motion to Extend Deadline to Respond to Defendant's Motion for Summary Judgment and Continue Trial, filed April 1, 2026. (ECF No. 32.) Deans seeks a thirty-one-day extension to the April 10 deadline to respond to Defendant Thermo Fisher Scientific, Inc.'s motion for summary judgment. (Id. at PageID 488.) She also requests that the July 20 trial be continued to a later date to give the Court time to rule on the motion. (Id.) For its part, Thermo Fisher Scientific does not oppose the motion, provided that the trial is continued. (Id. at PageID 489.)

Deans asserts that there is good cause for the deadline extension. (Id.) Her lead counsel suffered a severe back injury in February and is scheduled for surgery on April 2. (Id.) Meanwhile, her counsel is undergoing a firm merger and has "several motions for summary judgment in its matters between February and April 2026." (Id.)

The Court finds good cause to extend the deadline, but the proposed extension of thirty-one days is excessive. Instead, Deans' deadline to respond to the motion for summary judgment is extended by twenty-one days. Her new deadline is Friday, May 1, 2026.

2

The trial, however, will not be continued.  Despite the Parties' concern for the Court's calendar, there will be sufficient time to rule on the motion for summary judgment before trial.

Thus, for good cause shown, the Motion is **GRANTED IN PART**, extending by twenty-one days the deadline to respond to the motion for summary judgment, but **DENIED IN PART**, as to the continuation of the trial.

**IT IS SO ORDERED,** this 2nd day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2