**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| GRETA DEANS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-03021-SHL-tmp |
| | ) | |
| THERMO FISHER SCIENTIFIC, INC., | ) | |
| Defendant. | ) | |

**ORDER CONTINUING TRIAL AND SETTING STATUS CONFERENCE**

Before the Court is Plaintiff Greta Deans' Unopposed Motion to Reschedule Pretrial Conference, filed June 30, 2026.  (ECF No. 45.)  Deans seeks an earlier date for the July 10 pretrial conference because her counsel Alan G. Crone will be out of town.  (Id. at PageID 623.) In the alternative, she requests that Crone be permitted to teleconference into the hearing.[1]  (Id.) The trial is set for July 20.

However, also set for July 20, in conflict with the trial in this matter, is a criminal trial, and the defendant in that matter has stated that he intends to go to trial.  Because criminal trials take priority over civil matters, the trial in this case must be rescheduled.  Accordingly, the pretrial conference set for July 10 at 11:00 a.m. will be converted into a status conference, to be conducted over Microsoft Teams.  During the status conference, the Court will discuss new dates for trial and for the pretrial conference—which all counsel participating in the trial will be required to attend in person.  The Parties are still expected to submit their Joint Proposed Pretrial

---

[1] This second option is a non-starter.  The Court has stated multiple times that all counsel participating in the trial must be present in person at the pretrial conference.  (See ECF Nos. 25 at PageID 92; 27 at PageID 96.)

Order by July 2.

Because there is no longer an immediate need for a pretrial conference, the Motion is

**DENIED AS MOOT**.

**IT IS SO ORDERED,** this 1st day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE